AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>DARRIS GIBSON MOODY<br>*Defendant* | Case No. 1:22-mj-00059<br><br>**RECEIVED**<br>Asheville, NC<br><br>SEP 1 2 2022<br><br>Clerk, US District Court<br>Western District of NC |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DARRIS GIBSON MOODY,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. Sec. 875 – Transmission of a threat in interstate or foreign commerce.

Signed: September 2, 2022

*[signature]*

Date: 09/02/2022

Executed at 4:35 PM
City and state: Asheville, North Carolina

W. Carleton Metcalf
United States Magistrate Judge

W. CARLETON METCALF
*Printed name and title*

**Return**

This warrant was received on *(date)* 9/2/22, and the person was arrested on *(date)* 9/7/22
at *(city and state)* Asheville, NC

Date: 9/8/22

*[signature]*
*Arresting officer's signature*

DUSM Julie Carrillo
*Printed name and title*