# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

FILED
Charlotte
Dec 19 2022
U.S. District Court
Western District of N.C.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Timothy Michael Dever | ) Case No. | 1:22CR72 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Timothy Michael Dever,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Domestic Terrorism

Date: 12/14/2022

*Frank D. Johns* (signature)

*Issuing officer's signature*

City and state: CHARLOTTE, NORTH CAROLINA

Frank G. Johns, Clerk, U.S. District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/14/2022, and the person was arrested on *(date)* 12/14/2022
at *(city and state)* Naperville, IL.

Date: 12/15/2022

*Arresting officer's signature*

George Hobbs, Special Agent, FBI
*Printed name and title*